Donald Cleston REYNOLDS, Jr.,
Appellant,

v.

UNITED STATES of America,
Appellee.

No. 17383.

United States Court of Appeals
Fifth Circuit.

Nov. 26, 1958.

Rehearing Denied Jan. 5, 1959.

Donald Cleston Reynolds, Jr., in pro. per.

John E. Banks, Asst. U. S. Atty., Russell B. Wine, U. S. Atty., San Antonio, Tex., for appellee.

Before TUTTLE, JONES and WISDOM, Circuit Judges.

PER CURIAM.

This is an appeal from an order of the trial court dismissing, without a hearing, appellant's motion to vacate judgment of conviction and sentence under 28 U.S. C.A. § 2255. It appearing, as stated by the trial court, that viewed from the standpoint of appellant's allegations, "the files and records of this case conclusively show that the defendant is entitled to no relief," the judgment of dismissal is affirmed.

On Petition For Rehearing

PER CURIAM.

The petition for rehearing having been filed out of time, and failing to assert any basis for reconsideration by the Court, the same is hereby denied.

Nathan METZ, Appellant,

v.

TUSICO, INCORPORATED, Appellee.

No. 7685.

United States Court of Appeals
Fourth Circuit.

Argued Oct. 14, 1958.

Decided Oct. 17, 1958.

Nathan L. Silberberg, Washington, D. C. (David I. Absé, Washington, D. C., on brief), for appellant.

Armistead L. Boothe, Alexandria, Va., for appellee.

Before SOBELOFF, Chief Judge, HAYNSWORTH, Circuit Judge, and BARKSDALE, District Judge.

PER CURIAM.

In an earlier appeal in this case we vacated the judgment for the defendant-appellee and remanded the case to the District Court. Metz v. Tusico, Inc., 4 Cir., 1957, 246 F.2d 54. That Court then took further testimony and made additional findings, concluding that there was no breach by the appellee of its warranty that water was available to the property sold by it to the appellant, and rendered judgment for the appellee. We perceive no error in the Judge's findings of fact or conclusions of law, and the judgment is affirmed for the reasons stated in the District Court's opinion. 260 F.Supp. 393.

Affirmed.